THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JULIUS KAUFMANN, Alias JULIAN KAUFMANN, Appellant.— Motion for enlargement of time granted upon condition that appellant perfect the appeal for the December term, for which term the case is ordered on the calendar. The application is made by the defendant, who is not an attorney, and the papers are not informative. It is suggested that hereafter, in such a case, the district attorney inform the court of the facts. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACK LEVY, Appellant.— Motion for enlargement of time granted upon condition that appellant perfect the appeal for the November term, and case ordered on the calendar for Monday, November 9, 1931. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY LICHTBLAU, Appellant.— Motion for enlargement of time granted upon condition that appellant perfect the appeal for the November term, and case ordered on the calendar for Monday, November 9, 1931. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS C. MARTIN, Appellant.— Motion for enlargement of time granted upon condition that appellant perfect the appeal for the November term, for which term the case is ordered on the calendar. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL O'DONNELL, Appellant.— Motion for enlargement of time granted upon condition that appellant perfect the appeal for the November term, and case ordered on the calendar for Monday, November 9, 1931. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY SANTERELLO, Appellant.— Motion for enlargement of time granted upon condition that the